| | | |
|---|---|---|
| ATTORNEY GRIEVANCE COMMISSION OF MARYLAND | * | IN THE |
| | * | SUPREME COURT |
| | * | OF MARYLAND |
| v. | * | AG Docket No. 30 |
| PHILIP ALLEN DAVIS | * | September Term, 2024 |
| | * | |

ORDER

Upon consideration of the joint petition to suspend the respondent from the practice of law for 150 days, it is this 27th day of January 2025, by the Supreme Court of Maryland,

ORDERED that, effective immediately, the Respondent, Philip Allen Davis is suspended for 150 days from the practice of law in the State of Maryland for violations of Rules 8.4(a), (b), (c), and (d) of the Maryland Attorney's Rules of Professional Conduct; and it is further

ORDERED that the Clerk of this Court shall strike the name of Philip Allen Davis from the register of attorneys in this Court and certify that fact to the Trustees of the Client Protection Fund of the Bar of Maryland and all Clerks of all judicial tribunals in this State in accordance with Maryland Rule 19-761(b).

Pursuant to the Maryland Uniform Electronic Legal Materials Act (§§ 10-1601 et seq. of the State Government Article) this document is authentic.



Gregory Hilton, Clerk



/s/ Matthew J. Fader
Chief Justice